# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**RICHARD HYATT**                                                              **PLAINTIFF**
**ADC #137614**

**V.**                     **CASE NO. 4:22-cv-00583 JM**

**GRISHAM A. PHILLIPS, Judge,**
**Saline County Circuit Court, 22nd**
**Judicial District-3rd Division,** *et al***.**                               **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ORDERED this 28th day of July, 2022.

                                                                    _____
                                                                    UNITED STATE DISTRICT JUDGE